## Díaz Caneja *v.* El Registrador de la Propiedad.

# Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan.

No. 12.   Resuelto en Febrero 15, 1905.

Censo.—Inscripciones.—Traslado de asientos de los antiguos á los modernos libros del Registro. Para verificar el traslado de un gravamen anotado en los libros del antiguo oficio de hipotecas, á los modernos libros del Registro de la Propiedad, es indispensable que aparezca identificada la finca á que se refiere el antiguo asiento con aquélla con respecto á la cual se interesa que se verifique la traslación de dicho asiento.

### EXPOSICIÓN DEL CASO.

Visto el presente recurso gubernativo interpuesto por el Presbítero D. Manuel Díaz Caneja en su carácter de Colector del Cabildo Catedral contra negativa del Registrador de la Propiedad de esta Capital á verificar el traslado de un censo.

*Resultando* que presentado escrito en treinta de Setiembre último al Registrador de la Propiedad de esta Capital por el Pbro. D. Manuel Díaz Caneja en su carácter de Colector del Iltmo. Cabildo Catedral y de Capellanías vacantes, en el que le manifestaba que según aparecía de la Gaceta Oficial de 20 de Diciembre de 1904 (debe ser de 1894) el compareciente había presentado en el mismo Registro una solicitud pidiendo la traslación de dos censos que gravaban la casa número 35 de la calle del Sol, propiedad de Da. Manuela Anguita, uno de mil trescientos pesos á favor de la Colecturía del Cabildo, anotado al folio 64 vuelto del libro 4 de anotaciones de hipotecas y otro de doscientos cincuenta pesos á favor de Capellanías, y anotado al folio 38 del Libro 2 antiguo, cuya petición fué suspendida por no hallarse inscrita la finca que se suponía gravada con los censos. Que posteriormente dicha finca fué inscrita por medio de un expediente posesorio en el que si bien se mencionaron dichos dos gravámenes,

sin embargo el Registrador hizo constar en la inscripción no tener valor las menciones de esos censos porque no había prestado su consentimiento la propietaria.. Que con este motivo y con el fin de que en el Registro apareciera dicha casa gravada con los referidos censos y haciendo uso del último apartado del art. 397 de la Ley Hipotecaria, toda vez que la referida casa no había pasado á tercero, solicitaba la traslación de los dos expresados censos contenidos en los antiguos libros y folios citados, á los modernos del Registro y casa número 35 de la calle del Sol de esta ciudad, á cuyo efecto presentaba la escritura de reconocimiento del censo de mil trescientos pesos á favor de la Colecturía de la Santa Iglesia Catedral y en la que se certificaba por el Anotador de Hipotecas que dicha casa calle de San Cristobal que no era otra que la llamada hoy calle del Sol, reportaba ya entonces el gravamen de doscientos cincuenta pesos á favor de Capellanías, acompañando al mismo tiempo tres escritos de la Sra. Anguita en los que se reconocía el capital de mil trescientos pesos al pedir al Cabildo la condonación de los réditos, y la sentencia dada en apelación por el Juzgado de 1a. Instancia de esta ciudad en 27 de junio de 1891, condenando á Da. Manuela Anguita como dueña de la referida casa de la calle del Sol número 35 según resultaba de la sentencia del inferior al pago de los réditos del referido capital de mil trescientos pesos con cuya documentación quedaba identificada la finca.

*Resultando*: que presentado dicho escrito en el Registro por Don Agustín Rexach Sub-Colector de Capellanía vacante, denegó el Registrador la traslación solicitada por los motivos que expresa la nota puesta al pié de la referida solicitud, la que copiada á la letra dice así:

"No admitida la traslación del censo de mil trescientos pesos á que se refiere el anterior escrito por no identificarse con la casa número 35 de la calle del Sol de esta ciudad, la finca á que

se refiere el asiento antiguo cuya traslación se interesa, y no haber prestado la dueña de aquella finca Dña. Manuela Anguita su consentimiento á la traslación; y no admitida tampoco la que en el mismo escrito se solicita del censo de doscientos cincuenta pesos por aparecer cancelado el asiento antiguo del propio censo según nota puesta á su márgen por no identificarse con la casa número 35 de la calle del Sol la finca á que se refieren dicho asiento, y la escritura de veinte y cuatro de Noviembre de mil setecientos noventa y seis ante el Escribano Don Nicolás Aguayo, y por no prestarse por la dueña de la finca Sra. Anguita su consentimiento al traslado, y en cumplimiento de la ley sobre recursos contra las resoluciones de los Registradores se han extendido anotaciones preventivas respectivamente á fólios 24 y 25 vueltos del tomo 54 de esta Ciudad, finca 1633 duplicado, anotaciones letras B y C, las cuales tendrán efecto legal durante 120 días de la fecha. San Juan, Puerto Rico, Noviembre tres de 1904.''—

*Resultando*: que notificado el presentante del escrito Don Agustín Rexach de la negativa del Registrador manifestó que recogía los documentos á los efectos correspondientes, compareciendo después, ante esta Corte Suprema, dentro del término legal, el Presbítero D. Manuel Díaz Caneja, en su carácter expresado de Colector del Iltmo. Cabildo Catedral, interponiendo el presente recurso gubernativo contra la nota denegatoria del Registrador de la Propiedad, y pidiendo se declare que la casa número 35 de la calle del Sol está gravada con el censo de mil trescientos pesos á que se refiere la escritura de fundación que presentó en el Registro, y en su consecuencia se ordene al Registrador verifique la traslación solicitada.

*Resultando*: de los documentos presentados al Registrador por el Pbro. Don Manuel Díaz Caneja, que por escritura pública de veinte y cuatro de Noviembre de mil setecientos noventa y seis otorgada en esta Capital ante el Escribano Real y de Cabildo Don Nicolás de Aguayo, los esposos Don José Antonio Agrinsones y Da. Josefa Olivo reconocieron á favor de la Colecturía de esta Santa Igle-

sia Catedral un censo al redimir y quitar por valor de mil trescientos pesos de plata corriente, para cuya seguridad hipotecaron una casa de su propiedad, terrera, de piedra y azotea, radicada en la calle de San Cristobal de esta Ciudad, entre la de los herederos de Francisco Noriega y la de Antonio Mirabal, de cuyo gravamen se tomó razón á la vuelta del folio 6 del libro 4 de anotaciones del antiguo oficio de hipotecas: que en diez y nueve de Mayo de mil ochocientos setenta y cuatro Da. Manuela Anguita, vecina de esta Capital, dirigió un escrito al Cabildo Eclesiástico, manifestándole que era poseedora de una pequeña casa, marcada con el número 35 de la calle del Sol de esta Ciudad, la que reportaba un gravamen de mil trescientos pesos á favor de la mesa capitular del que adeudaba los réditos de varios años, en razón á que sólo contaba para atender á su subsistencia con los escasos rendimientos de dicha finca, frecuentemente mermados con los gastos de reparaciones y otros huecos que son consiguientes en aquella clase de propiedades, por cuyo motivo suplicaba al Cabildo Eclesiástico aceptara la suma de cien pesos por los réditos caidos hasta fin de Diciembre del año anterior, condonándole la diferencia hasta el total de su deuda, y comprometiéndose á pagar proporcionalmente, por mensualidades, las anualidades sucesivas, á cuya súplica accedió el Cabildo, prévio el informe favorable del Colector de la mesa Capitular; que posteriormente, ó sea en cuatro de Noviembre de mil ochocientos ochenta y nueve, presentó otro escrito al Cabildo Eclesiástico la misma Da. Manuela Anguita, con la solicitud de que el Cabildo paralizara la acción judicial intentada contra ella en cobro de los réditos caídos, y se los condonara nuevamente, á cuyo escrito no consta la resolución que dictára el Cabildo Eclesiástico; y por último, que por sentencia dictada por el Juez de 1a. Instancia de esta Capital, en diez y siete de Marzo de mil ochocientos noventa y uno, revocatoria de la dictada por el

Juez Municipal de esta misma Ciudad en el juicio verbal seguido por Don Juan Mollfulleda como Colector de la Mesa Capitular contra Da. Manuela Anguita, en cobro de ciento noventa y cinco pesos, de réditos vencidos de un capital á censos de mil trescientos pesos moneda oficial que gravaba una casa de la propiedad de la demandada, fué condenada ésta al pago, declarando el Juez de 1a. Instancia que con la prueba documental presentada por el actor, resultaba justificada la acción que ejercitaba, toda vez que era evidente la identidad que existía entre la finca sobre que pesaba el gravamen y la que poseía Da. Manuela Anguita, contra quien se había establecido la demanda y contra la que se habían dirigido las gestiones particulares de cobro que obraban en el procedimiento, según confesión de la misma parte interesada.

El Juez Presidente Sr. Quiñones, después de exponer los hechos anteriores, emitió la Opinión del Tribunal.

*Considerando* que si bien los documentos presentados por el Pbro. Don Manuel Díaz Caneja acreditan que Da. Manuela Anguita ha sido declarada responsable al Cabildo Catedral de un capital á censo de mil trescientos pesos sobre una casa de su propiedad marcada con el número 35 de la calle del Sol de esta Capital, no son bastantes para venir en conocimiento de que ese capital de mil trescientos pesos sea el mismo reconocido por los esposos Don José Antonio Agrinsones y Da. Josefa Olivo, á favor del Cabildo Eclesiástico, por escritura pública de veinte y cuatro de Noviembre de mil setecientos noventa y séis, sobre una casa de su propiedad, de la calle de San Cristobal, que es precisamente el que se pretende trasladar á los libros del Registro moderno, como carga de la casa número 35 de la calle del Sol, de la propiedad de Da. Manuela Anguita; pues ni ésta lo reconoce en sus escritos dirigidos al Cabildo Eclesiástico, ni en las sentencias dictadas en el juicio verbal de referencia se aclara nada so-

bre el particular, toda vez 'que si en ellas se habla de una escritura de fundación de un censo de $1300, no se describe ésta de manera que pueda venirse en conocimiento de que sea la misma escritura de fundación de los esposos Agrinsones, de donde se deduce, que ni los escritos de Da. Manuela Anguita al Cabildo Eclesiástico, ni la ejecutoria ganada por éste en el juicio verbal seguido contra aquélla en cobro de réditos caídos de un capital á censo de mil trescientos pesos, son bastantes para aclarar el punto de la identidad de la casa número 35 de la calle del Sol, de la propiedad de Da. Manuela Anguita, como la misma de la calle de San Cristobal gravada por los esposos Agrinsones á la responsabilidad del censo que se pretende trasladar á los libros del moderno Registro.

*Considerando* que mientras ese punto no se aclare convenientemente, no puede hacerse la traslación del censo como carga de la citada casa número 35 de la calle del Sol, de la propiedad de Da. Manuela Anguita, máxime cuando por ésta no se presta su consentimiento al traslado propuesto.

Vista la Real Orden aclaratoria de diez y ocho de Junio de mil ochocientos noventa y cinco.

Se confirma la nota del Registrador de la Propiedad de esta Capital, denegatoria de la traslación del censo solicitado por el Pbro. D. Manuel Díaz Caneja, y con devolución de los documentos presentados, remítase al Registrador copia certificada de la presente resolución para su conocimiento y demás efectos procedentes.

Jueces concurrentes: Sres. Hernández, Figueras, Mac Leary y Wolf.